IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK ZANOTTI,

    Plaintiff,

No. 05-2147 D/V

FRITO-LAY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal with Prejudice, through which they represented that they have stipulated to the dismissal of all claims before this Court, with each party to bear its own costs,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice, each party to bear its own costs.

UNITED STATES DISTRICT COURT JUDGE

June 1, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02147 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Raymond A. Cowley
RODRIGUEZ COLVIN CHANEY & SAENZ, LLP
4900 North 10th
Bldg. A-2
McAllen, TX 78504

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT