UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ❨❩ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**MARK ZANOTTI**  **JUDGMENT IN A CIVIL CASE**

**v.**

**FRITO-LAY**  **CASE NO: 05-2147-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on June 7, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 8, 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/13/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02147 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Raymond A. Cowley
RODRIGUEZ COLVIN CHANEY & SAENZ, LLP
4900 North 10th
Bldg. A-2
McAllen, TX 78504

Honorable Bernice Donald
US DISTRICT COURT